AMERICAN STEAMSHIP COMPANY, Appellee, v. HAND & JOHNSON TUG LINE, Appellant.

Circuit Court of Appeals, Second Circuit. March 4, 1929.

No. 200.

Thomas H. Garry, of Cleveland, Ohio, and Thomas C. Burke, of Buffalo, N. Y., for appellant.

Brown, Ely & Richards, of Buffalo, N. Y. (John B. Richards and Lawrence E. Coffey, both of Buffalo, N. Y., of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed.